IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DOMINIC LATRELL RYLANDER, #1925918 | § § § | |
| VS. | § § § § | CIVIL ACTION NO. 4:13CV707 |
| COLLIN COUNTY SHERIFF OFFICE, ET AL. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge (the "Report") in this action (Dkt. 75), this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. 636. The Report contains the Magistrate Judge's proposed findings of fact and recommendation that the Motion for Summary Judgment (Dkt. 66) filed by Defendants Terry G. Box, Charles Adams, and Gerald Klahr (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56 ("Motion") (Dkt. 66) be denied without prejudice. No objections were filed. The court therefore adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(b) and Local Rule 56 (Dkt. 66) is **DENIED** without prejudice.

**SIGNED this the 3rd day of May, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE